UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :     Judge Marrero

       -v-                          :     NOTICE OF INTENT TO
                                      FILE AN INFORMATION

JOHN DOE,                          :     09 Cr. __

        Defendant.                 :

- - - - - - - - - - - - - - - - x

**11 CRIM 032**

        Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
            December 10, 2010

                                   PREET BHARARA
                                   United States Attorney

                    By: _____
                         Antonia M. Apps
                         Assistant United States Attorney

                        AGREED AND CONSENTED TO:

                    By: _____
                         Jeffrey Setness, Esq.
                         Attorney for John Doe

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/10/10