UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>BOB NGUYEN,<br><br>        Defendant. | CASE NO. 11: CR 32 (JSR)<br><br>**AFFIDAVIT OF JEFFREY B. SETNESS IN SUPPORT OF MOTION TO WITHDRAW** |

I, Jeffrey B. Setness, declare as follows:

1. I am a member of the bar of the State of California and the bar of the State of Nevada.

2. According to the Criminal Docket in Pacer, on January 11, 2011 Susan C. Cassell, Esq. entered her appearance on behalf of Defendant BOB NGUYEN in the above-captioned action at the Initial Appearance and Change of Plea of Defendant BOB NGUYEN.

3. According to the Criminal Docket in Pacer, on February 4, 2011, Judge Marrero signed the Order for Admission Pro Hac Vice regarding the Motion for Jeffrey B. Setness to Appear Pro Hac Vice as to Defendant BOB NGUYEN.

4. Based upon discussions with counsel for the United States on October 10, 2012, it is the undersigned's understanding that the sentencing of defendant BOB NGUYEN has not been scheduled.

/ / /

/ / /

1

5.  Susan Cassell, Esq. has informed the undersigned that she will continue to represent Defendant BOB NGUYEN in this action.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

_____
Jeffrey B. Setness

Sworn before me this 22nd day of October, 2012.

Susan Awe – Notary Public

> SUSAN AWE
> Notary Public, State of Nevada
> Appointment No. 01-71255-1
> My Appt. Expires Oct. 5, 2013

2