September 17th, 2013

The honorable Jed S. Rakoff

Your Honor,

My name is Fausto Prato and I have known Bob Nguyen since June of 2002. The intent of this letter is to give a description related to his character.

He has been engaged to my daughter since December of 2004, but unexpected circumstances have had a delaying effect on their wedding. Shortly before the wedding Dianna became ill with some immune related conditions, and dealing with such has become very long term if curable at all. Her health certainly created circumstances that were far les than ideal for beginning a life together in terms of traveling, work prospects, starting a family etc. To his credit, Bobby did not choose to opt out of the relationship. Rather, his strength of character was displayed by his love for his intended spouse and staying with the relationship in good health and in bad. My wife Gloria and I are grateful for the loyalty and dedication he has shown, and he has embraced our family as his own. It was a true demonstration of his good nature and the attributes of a decent and caring man.

Dianna and Bobby have an apartment in the Santa Clara area, but during the worst of her health episodes, Dianna has stayed with me and her mother. In those times, Bobby drives every weekend to visit. Additionally, Bobby has driven, flown, and been tasked with delivering Dianna to countless consultations, workups, and hospital tests. In past years, this has often accounted for much of his time off from work. Over the years, I have seen Bobby as a remarkably calm and even tempered young man that handles these difficult circumstances with a sincere gracefulness. I have also known him to be dedicated to his faith and engaged in any number of community activities or projects.

He is truly remorseful and very saddened that these circumstances have occurred. I know that he feels he has disappointed his family, but I will always be proud to introduce Bobby as my son, and I strongly believe in the good character he has displayed over the years that I have known him. If you should need any additional information please feel free to contact me.

Fausto Prato
4719 Quail Lakes Dr. Suite G # 493
Stockton CA, 95207
209.474.8096
rgaprato@gmail.com