Sept. 19, 2013

Dear Judge,
We are Bien Nguyen
 and Khuyen Nguyen
Parent of Bob Nguyen

We have Bob Nguyen 10/7/1978
 Our very first Kid.
In Life we have to works, we send
 Bob Nguyen in Day Care Center.
Bob is a good Kid, get praise many times
 from Teacher to us.
When Bob age to school from 1st to 8th grade
Bob learn regular and get alot of
 compliment as studious and good conduct.
Til Bob goes to High School, we always
 guide and say the dream that Bob
  get in College.
Dear Sir,
 We don't have any problem from the
day Bob was born to grow into manhood.
 We bring up, instruct and conduct Bob.
We comprehend Bob well-behaved, listen
 and learn. Bob is kind heart, generous, helpful.
Dear Judge, We send all these to you with our honest.
We would like you to received our loyal sincere.
  Sincerely
   Bien Nguyen/Khuyen Nguyen