UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 11: CR 32 (JSR) |
| Plaintiff, | |
| vs. | 11 CR 32-01 (JSR) |
| BOB NGUYEN, | |
| Defendant. | |

## NOTICE OF MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT BOB NGUYEN

PLEASE TAKE NOTICE that, upon the accompanying Affidavit of Jeffrey B. Setness and upon all pleadings and proceedings herein, Jeffrey B. Setness of the law firm of Lewis, Brisbois Bisgaard & Smith, LLP will move this court, before the Honorable Jed S. Rakoff, United States District Judge, in Courtroom 14B of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York for an Order granting the withdrawal of Jeffrey B. Setness, Esq. and the law firm of Lewis Brisbois Bisgaard & Smith, LLP as attorneys of records for Defendant Bob Nguyen.

This motion is made and based upon the consents set forth below and the accompanying Affidavit of Jeffrey B. Setness.

Defendant Bob Nguyen consent to this withdrawal.

_10/24/12_  
DATE

_[signature]_  
BOB NGUYEN

Defendant Bob Nguyen's co-counsel Susan Cassell consents to this withdrawal.

_____  
DATE

SUSAN CASSSELL, ESQ.  
Attorney for Defendant  
BOB NGUYEN

**SO ORDERED:**

_[signature]_  
U.S.D.J.   10/16/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BOB NGUYEN,<br><br>Defendant. | CASE NO. 11: CR 32 (JSR) |

### NOTICE OF MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT BOB NGUYEN

PLEASE TAKE NOTICE that, upon the accompanying Affidavit of Jeffrey B. Setness and upon all pleadings and proceedings herein, Jeffrey B. Setness of the law firm of Lewis, Brisbois Bisgaard & Smith, LLP will move this court, before the Honorable Jed S. Rakoff, United States District Judge, in Courtroom 14B of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York for an Order granting the withdrawal of Jeffrey B. Setness, Esq. and the law firm of Lewis Brisbois Bisgaard & Smith, LLP as attorneys of records for Defendant Bob Nguyen.

This motion is made and based upon the consents set forth below and the accompanying Affidavit of Jeffrey B. Setness.

Defendant Bob Nguyen consent to this withdrawal.

_____    _____
DATE                      BOB NGUYEN

Defendant Bob Nguyen's co-counsel Susan Cassell consents to this withdrawal.

10/26/12                  /s/ Susan C. Cassell
_____    _____
DATE                      SUSAN CASSSELL, ESQ.
                          Attorney for Defendant
                          BOB NGUYEN

Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH LLP

Oct 29, 2012
DATE
Las Vegas, Nevada

JEFFREY B. SETNESS (pro hac vice)
6385 South Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
E-mail: jsetness@lbbslaw.com

Attorneys for Defendant
BOB NGUYEN

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BOB NGUYEN,<br><br>Defendant. | CASE NO. 11: CR 32 (JSR)<br><br>**PROOF OF SERVICE OF NOTICE OF MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT BOB NGUYEN** |

I, Stacey Grauel, certify that on November 2, 2012, I served all parties in this matter by causing the preceding pleading to be filed electronically with the Clerk of the Court for the United States District Court for the Southern District of New York by using the Court's CM/ECF system.

11/2/12
DATE

STACEY GRAUEL

1